**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding  12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

| | | |
|---|---|---|
| 1. | **Debtor's name** | 2696942 ONTARIO INC. |

| | | |
|---|---|---|
| 2. | **Debtor's unique identifier** | **For non-individual debtors:** |

☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ Other 2696942 . Describe identifier Ontario Corporation No. .

**For individual debtors:**

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____.

| | | |
|---|---|---|
| 3. | **Name of foreign representative(s)** | The Fuller Landau Group Inc., as Receiver |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Ontario Superior Court of Justice; Court File No. CL-26-00000182-0000 |
| 5. | **Nature of the foreign proceeding** | *Check one:* |

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

| | | |
|---|---|---|
| 6. | **Evidence of the foreign proceeding** | |

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____
_____

| | | |
|---|---|---|
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | |

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor    2696942 ONTARIO INC.
          Name

Case number (*if known*)_____

---

8. **Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

9. **Addresses**

**Country where the debtor has the center of its main interests:**

Canada

**Debtor's registered office:**

18 Arctic Fox Crescent
Number        Street

_____
P.O. Box

Brampton ON  L6R 0J3
City          State/Province/Region    ZIP/Postal Code

Canada
Country

**Individual debtor's habitual residence:**

_____
Number        Street

_____
P.O. Box

_____
City          State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

151 Bloor Street W 12th Floor
Number        Street

_____
P.O. Box

Toronto ON  M5S 1S4
City          State/Province/Region    ZIP/Postal Code

Canada
Country

---

10. **Debtor's website** (URL)

_____

---

11. **Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

    ☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other.  Specify: _____

☐ Individual

---

| Debtor | 2696942 ONTARIO INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____     Gary Abrahamson
Signature of foreign representative     Printed name

Executed on   07 / 20 / 2026
          MM / DD / YYYY

✗ _____     _____
Signature of foreign representative     Printed name

Executed on   _____
          MM / DD / YYYY

**14. Signature of attorney**

✗ */s/ John R. Hardin*     Date   07/21/2026
Signature of Attorney for foreign representative     MM / DD / YYYY

**John R. Hardin**
Printed name

Ashurst Perkins Coie US LLP
Firm name

500 N. Akard Street, Suite 3300
Number     Street

Dallas           TX     75201
City           State     ZIP Code

(214) 965-7700           john.hardin@ashurstperkins.com
Contact phone           Email address

24012784           TX
Bar number           State

**<u>Exhibit A</u>**

**Certified Copy of Decision
Commencing Foreign
Proceeding**

Electronically issued / Délivré par voie électronique : 15-May-2026
Superior Court of Justice - Toronto - Commercial List / Cour supérieure de justice

Court File No./N° du dossier du greffe: CL-26-00000182-0000

**A1497**



Court File No. CL-26-00000182-0000

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

| | | |
|---|---|---|
| THE HONOURABLE MR. | ) | FRIDAY, THE 15TH |
| | ) | |
| JUSTICE MYERS | ) | DAY OF MAY, 2026 |

B E T W E E N:

**ROYAL BANK OF CANADA**

Applicant

- and -

**LION FORCE TRANSPORT INC., 2696942 ONTARIO INC. and**
**2854233 ONTARIO INC.**

Respondents

**APPLICATION UNDER SUBSECTION 243(1) OF THE *BANKRUPTCY AND***
***INSOLVENCY ACT*, R.S.C. 1985, c. B-3, AS AMENDED AND SECTION 101 OF THE**
***COURTS OF JUSTICE ACT*, R.S.O. 1990, c. C.43, AS AMENDED**

**ORDER**
**(appointing Receiver)**

**THIS APPLICATION** made by the Applicant for an Order pursuant to section 243(1) of

the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-3, as amended (the "**BIA**") and section 101

of the *Courts of Justice Act*, R.S.O. 1990, c. C.43, as amended (the "**CJA**"), appointing The Fuller

Landau Group Inc. ("**Fuller**") as receiver (in such capacity, the "**Receiver**") without security, over

all of the assets, undertakings and properties of Lion Force Transport Inc. ("**Lion Force**"),

2696942 Ontario Inc. ("**269**") and 2854233 Ontario Inc. ("**285**") and, together with Lion Force and

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

DATED AT TORONTO THIS 29 DAY OF JUNE 20 26
FAIT À TORONTO LE

PRÉSENT ATTESTE QUE LA
DOCUMENT, DON'T CHACUNE
SCEAU DE LA COUR SUPÉRIEURE
DE JUSTICE À TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVÉ DANS CE BUREAU

Alison Mercer
Registrar
REGISTRAR   Superior Court of Justice

**A1497**

A1498

- 2 -

269, the "**Debtors**") acquired for, or used in relation to businesses carried on by the Debtors and all proceeds thereof, including, without limitation, the real property municipally known as 27 Automatic Road, Brampton, Ontario and legally described in PIN 14209-0100 (LT) (the "**Real Property**"), was heard this day by videoconference.

ON READING the affidavit of Tro DerBedrossian sworn April 29, 2026, and the exhibits thereto, and the pre-filing report of Fuller as proposed receiver dated May 14, 2026, and on hearing the submissions of counsel for the Applicant, and other counsel as were present, no one else appearing for any other person on the service list, although duly served as appears from the affidavit of service, as filed, and on reading the consent of Fuller to act as the Receiver,

**SERVICE**

1.      **THIS COURT ORDERS** that the time for service of the Notice of Application and the Application Record is hereby abridged and validated, as necessary, so that this application is properly returnable today and hereby dispenses with further service thereof.

**APPOINTMENT**

2.      **THIS COURT ORDERS** that pursuant to section 243(1) of the BIA and section 101 of the CJA, Fuller is hereby appointed Receiver, without security, of all of the assets, undertakings and properties of the Debtors acquired for, or used in relation to businesses carried on by the Debtors and all proceeds thereof, including, without limitation, the Real Property (collectively, the "**Property**").

**RECEIVER'S POWERS**

3.      **THIS COURT ORDERS** that the Receiver is hereby empowered and authorized, but not obligated, to act at once in respect of the Property and, without in any way limiting the generality of the foregoing, the Receiver is hereby expressly empowered and authorized to do any of the following where the Receiver considers it necessary or desirable:

    (a)      to take possession of and exercise control over the Property and any and all proceeds, receipts and disbursements arising out of or from the Property;

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

DOCUMENT, DONT CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS 29 DAY OF June 20 26
FAIT À TORONTO LE

Alison Mercer
Registrar
Superior Court of Justice

REGISTRAR

A1498

(b)     to receive, preserve, and protect the Property, or any part or parts thereof, including, but not limited to, the changing of locks and security codes, the relocating of Property to safeguard it, the engaging of independent security personnel, the taking of physical inventories and the placement of such insurance coverage as may be necessary or desirable;

(c)     to manage, operate, and carry on the business of the Debtors, including the powers to enter into any agreements, incur any obligations in the ordinary course of business, cease to carry on all or any part of the business, or cease to perform any contracts of the Debtors;

(d)     to engage consultants, appraisers, agents, experts, auditors, accountants, managers, counsel and such other persons from time to time and on whatever basis, including on a temporary basis, to assist with the exercise of the Receiver's powers and duties, including without limitation those conferred by this Order;

(e)     to purchase or lease such machinery, equipment, inventories, supplies, premises or other assets to continue the businesses of the Debtors or any part or parts thereof;

(f)     to receive and collect all monies and accounts now owed or hereafter owing to the Debtors and to exercise all remedies of the Debtors in collecting such monies, including, without limitation, to enforce any security held by the Debtors;

(g)     to settle, extend or compromise any indebtedness owing to the Debtors;

(h)     to execute, assign, issue and endorse documents of whatever nature in respect of any of the Property, whether in the Receiver's name or in the name and on behalf of the Debtors, for any purpose pursuant to this Order;

(i)     to initiate, prosecute and continue the prosecution of any and all proceedings and to defend all proceedings now pending or hereafter

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

DATED AT TORONTO THIS 29 DAY OF June 20 26
FAIT À TORONTO LE

REGISTRAR

CECI CERTIFIE QUE LE
DOCUMENT, DONT CHACUNE
DES PAGES EST REVÊTUE DU
SCEAU DE LA COUR SUPÉRIEURE
DE JUSTICE A TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVE DANS CE BUREAU

Alison Mercer
Registrar
Superior Court of Justice

A1499

A1500

- 4 -

instituted with respect to the Debtors, the Property or the Receiver, and to settle or compromise any such proceedings. The authority hereby conveyed shall extend to such appeals or applications for judicial review in respect of any order or judgment pronounced in any such proceeding;

(j)     to market any or all of the Property, including advertising and soliciting offers in respect of the Property or any part or parts thereof and negotiating such terms and conditions of sale as the Receiver in its discretion may deem appropriate;

(k)     to sell, convey, transfer, lease or assign the Property or any part or parts thereof out of the ordinary course of business,

   (i)     without the approval of this Court in respect of any transaction not exceeding $250,000, provided that the aggregate consideration for all such transactions does not exceed $500,000; and

   (ii)    with the approval of this Court in respect of any transaction in which the purchase price or the aggregate purchase price exceeds the applicable amount set out in the preceding clause;

and in each such case notice under subsection 63(4) of the Ontario *Personal Property Security Act*, or section 31 of the Ontario *Mortgages Act*, as the case may be, shall not be required;

(l)     to apply for any vesting order or other orders necessary to convey the Property or any part or parts thereof to a purchaser or purchasers thereof, free and clear of any liens or encumbrances affecting such Property;

(m)    to report to, meet with and discuss with such affected Persons (as defined below) as the Receiver deems appropriate on all matters relating to the Property and the receivership, and to share information, subject to such terms as to confidentiality as the Receiver deems advisable.

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

DATED AT TORONTO THIS ___ DAY OF _____ 20 __
FAIT À TORONTO LE

LA PRÉSENTE ATTESTE QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

Alison Mercer
Registrar
REGISTRAR
Superior Court of Justice

A1500

A1501

- 5 -

(n)   to register a copy of this Order and any other Orders in respect of the Property against title to any of the Property;

(o)   to make an assignment into bankruptcy on behalf of any of the Debtors and for Fuller to act as trustee in bankruptcy for any of the Debtors;

(p)   to apply for any permits, licences, approvals or permissions as may be required by any governmental authority and any renewals thereof for and on behalf of and, if thought desirable by the Receiver, in the name of the Debtor;

(q)   to enter into agreements with any trustee in bankruptcy appointed in respect of the Debtors, including, without limiting the generality of the foregoing, the ability to enter into occupation agreements for any property owned or leased by the Debtors;

(r)   to exercise any shareholder, partnership, joint venture or other rights which the Debtors may have; and

(s)   to take any steps reasonably incidental to the exercise of these powers or the performance of any statutory obligations;

and in each case where the Receiver takes any such actions or steps, it shall be exclusively authorized and empowered to do so, to the exclusion of all other Persons (as defined below), including the Debtors, and without interference from any other Person.

**DUTY TO PROVIDE ACCESS AND CO-OPERATION TO THE RECEIVER**

4.   **THIS COURT ORDERS** that (i) the Debtors, (ii) all of their current and former directors, officers, employees, agents, accountants, legal counsel and shareholders, and all other persons acting on its instructions or behalf, and (iii) all other individuals, firms, corporations, governmental bodies or agencies, or other entities having notice of this Order (all of the foregoing, collectively, being "**Persons**" and each being a "**Person**") shall forthwith advise the Receiver of the existence of any Property in such Person's possession or control, shall grant immediate and continued access

THIS IS TO CERTIFY THAT THIS DOCUMENT, WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS 09 DAY OF June 20 16
FAIT À TORONTO LE          JOUR DE

Alison Mercer
REGISTRAR          Registrar          GREFFIER
Superior Court of Justice

A1501

A1502

- 6 -

to the Property to the Receiver, and shall deliver all such Property to the Receiver upon the Receiver's request.

5.     **THIS COURT ORDERS** that all Persons shall forthwith advise the Receiver of the existence of any books, documents, securities, contracts, leases, orders, corporate and accounting records, and any other papers, records, information, and cloud-based data of any kind related to the business or affairs of the Debtors, and any computer programs, computer tapes, computer disks, cloud, or other data storage media containing any such information (the foregoing, collectively, the "**Records**") in that Person's possession or control, and shall provide to the Receiver or permit the Receiver to make, retain and take away copies thereof and grant to the Receiver unfettered access to and use of accounting, computer, software, cloud, and physical facilities relating thereto, provided however that nothing in this paragraph 5 or in paragraph 6 of this Order shall require the delivery of Records, or the granting of access to Records, which may not be disclosed or provided to the Receiver due to the privilege attaching to solicitor-client communication or due to statutory provisions prohibiting such disclosure.

6.     **THIS COURT ORDERS** that if any Records are stored or otherwise contained on a computer, in a cloud, or other electronic system of information storage, whether by independent service provider or otherwise, all Persons in possession or control of such Records shall forthwith give unfettered access to the Receiver for the purpose of allowing the Receiver to recover and fully copy all of the information contained therein whether by way of printing the information onto paper or making copies of computer disks or such other manner of retrieving and copying the information as the Receiver in its discretion deems expedient, and shall not alter, erase or destroy any Records without the prior written consent of the Receiver.  Further, for the purposes of this paragraph, all Persons shall provide the Receiver with all such assistance in gaining immediate access to the information in the Records as the Receiver may in its discretion require including providing the Receiver with instructions on the use of any computer, cloud, or other system and providing the Receiver with any and all access codes, account names, account numbers, and account-creating credentials that may be required to gain access to the information.

7.     **THIS COURT ORDERS** that, upon receiving a request by the Receiver, the Ministry of Transportation, Service Ontario, and/or any other government department, ministry or agency

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS 29 DAY OF June 20 26
FAIT À TORONTO LE     JOUR DE

Alison Mercer
Registrar
Superior Court of Justice

REGISTRAR     GREFFIER

A1502

responsible for vehicle registration in any other Province or Territory of Canada, are hereby directed to provide the Receiver with details relating to any transfer of ownership of any of the Property, including, without limitation, the identities of the parties to the transfer, the consideration paid and any other details reasonably incidental thereto.

8.      **THIS COURT ORDERS** that the Receiver shall provide each of the relevant landlords with notice of the Receiver's intention to remove any fixtures from any leased premises at least seven (7) days prior to the date of the intended removal.  The relevant landlord shall be entitled to have a representative present in the leased premises to observe such removal and, if the landlord disputes the Receiver's entitlement to remove any such fixture under the provisions of the lease, such fixture shall remain on the premises and shall be dealt with as agreed between any applicable secured creditors, such landlord and the Receiver, or by further Order of this Court upon application by the Receiver on at least two (2) days notice to such landlord and any such secured creditors.

**NO PROCEEDINGS AGAINST THE RECEIVER**

9.      **THIS COURT ORDERS** that no proceeding or enforcement process in any court or tribunal (each, a "**Proceeding**"), shall be commenced or continued against the Receiver except with the written consent of the Receiver or with leave of this Court.

**NO PROCEEDINGS AGAINST THE DEBTORS OR THE PROPERTY**

10.     **THIS COURT ORDERS** that no Proceeding against or in respect of the Debtors or the Property shall be commenced or continued except with the written consent of the Receiver or with leave of this Court and any and all Proceedings currently under way against or in respect of the Debtors or the Property are hereby stayed and suspended pending further Order of this Court.

**NO EXERCISE OF RIGHTS OR REMEDIES**

11.     **THIS COURT ORDERS** that all rights and remedies against the Debtors, the Receiver, or affecting the Property, are hereby stayed and suspended except with the written consent of the Receiver or leave of this Court, provided however that this stay and suspension does not apply in respect of any "eligible financial contract" as defined in the BIA, and further provided that nothing in this paragraph shall (i) empower the Receiver or the Debtors to carry on any business which the

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE
DATED AT TORONTO THIS 29 DAY OF June 20 26
FAIT À TORONTO LE

LA PRÉSENTE CERTIFIE QUE CE
DOCUMENT, DON'T CHACUNE
DES PAGES EST REVÊTUE DU
SCEAU DE LA COUR SUPÉRIEURE
DE JUSTICE A TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVE DANS CE BUREAU
JOUR DE

Alison Mercer
Registrar
Superior Court of Justice

REGISTRAR                    GREFFIER

A1503

A1504

- 8 -

Debtors are not lawfully entitled to carry on, (ii) exempt the Receiver or the Debtors from compliance with statutory or regulatory provisions relating to health, safety or the environment, (iii) prevent the filing of any registration to preserve or perfect a security interest, or (iv) prevent the registration of a claim for lien.

**NO INTERFERENCE WITH THE RECEIVER**

12.    **THIS COURT ORDERS** that no Person shall discontinue, fail to honour, alter, interfere with, repudiate, terminate or cease to perform any right, renewal right, contract, agreement, licence or permit in favour of or held by the Debtors, without written consent of the Receiver or leave of this Court.

**CONTINUATION OF SERVICES**

13.    **THIS COURT ORDERS** that all Persons having oral or written agreements with the Debtors or statutory or regulatory mandates for the supply of goods and/or services, including without limitation, all computer software, communication and other data services, accounting services, GPS and/or geographic tracking services, centralized banking services, payroll services, insurance, transportation services, utility or other services to the Debtors are hereby restrained until further Order of this Court from discontinuing, altering, interfering with or terminating the supply of such goods or services as may be required by the Receiver, and that the Receiver shall be entitled to the continued use of the Debtors' current telephone numbers, facsimile numbers, internet addresses and domain names, provided in each case that the normal prices or charges for all such goods or services received after the date of this Order are paid by the Receiver in accordance with normal payment practices of the Debtors or such other practices as may be agreed upon by the supplier or service provider and the Receiver, or as may be ordered by this Court.

**RECEIVER TO HOLD FUNDS**

14.    **THIS COURT ORDERS** that all funds, monies, cheques, instruments, and other forms of payments received or collected by the Receiver from and after the making of this Order from any source whatsoever, including without limitation the sale of all or any of the Property and the collection of any accounts receivable in whole or in part, whether in existence on the date of this Order or hereafter coming into existence, shall be deposited into one or more new accounts to be opened by the Receiver (the "**Post Receivership Accounts**") and the monies standing to the credit

THIS IS TO CERTIFY THAT THIS ... LA PRÉSENT ATTEST QUE CE
WHICH IS STAMPED WITH THE ... DES PAGES EST REVÊTUE DU
SEAL OF THE SUPERIOR COURT ... SCEAU DE LA COUR SUPÉRIEURE
OF JUSTICE AT TORONTO, IS A ... DE JUSTICE À TORONTO, EST UNE
TRUE COPY OF THE DOCUMENT ... COPIE CONFORME DU DOCUMENT
ON FILE IN THIS OFFICE ... CONSERVÉ DANS CE BUREAU
DATED AT TORONTO THIS 29 DAY OF June 20 26
FAIT À TORONTO LE ... JOUR DE
Alison Mercer
REGISTRAR ... Registrar ... GREFFIER
Superior Court of Justice

A1504

A1505

- 9 -

of such Post Receivership Accounts from time to time, net of any disbursements provided for herein, shall be held by the Receiver to be paid in accordance with the terms of this Order or any further Order of this Court.

## EMPLOYEES

15.     **THIS COURT ORDERS** that all employees of the Debtors shall remain the employees of the Debtors until such time as the Receiver, on the Debtors' behalf, may terminate the employment of such employees.  The Receiver shall not be liable for any employee-related liabilities, including any successor employer liabilities as provided for in section 14.06(1.2) of the BIA, other than such amounts as the Receiver may specifically agree in writing to pay, or in respect of its obligations under sections 81.4(5) or 81.6(3) of the BIA or under the *Wage Earner Protection Program Act*.

## PIPEDA

16.     **THIS COURT ORDERS** that, pursuant to clause 7(3)(c) of the Canada *Personal Information Protection and Electronic Documents Act*, the Receiver shall disclose personal information of identifiable individuals to prospective purchasers or bidders for the Property and to their advisors, but only to the extent desirable or required to negotiate and attempt to complete one or more sales of the Property (each, a "**Sale**").  Each prospective purchaser or bidder to whom such personal information is disclosed shall maintain and protect the privacy of such information and limit the use of such information to its evaluation of the Sale, and if it does not complete a Sale, shall return all such information to the Receiver, or in the alternative destroy all such information. The purchaser of any Property shall be entitled to continue to use the personal information provided to it, and related to the Property purchased, in a manner which is in all material respects identical to the prior use of such information by the Debtors, and shall return all other personal information to the Receiver, or ensure that all other personal information is destroyed.

## LIMITATION ON ENVIRONMENTAL LIABILITIES

17.     **THIS COURT ORDERS** that nothing herein contained shall require the Receiver to occupy or to take control, care, charge, possession or management (separately and/or collectively, "**Possession**") of any of the Property that might be environmentally contaminated, might be a pollutant or a contaminant, or might cause or contribute to a spill, discharge, release or deposit of

THIS IS TO CERTIFY THAT THIS WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEUR DE JUSTICE À TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS 29 DAY OF June 20 16
FAIT À TORONTO LE

Alison Mercer
Registrar
Superior Court of Justice

A1505

- 10 -

a substance contrary to any federal, provincial or other law respecting the protection, conservation, enhancement, remediation or rehabilitation of the environment or relating to the disposal of waste or other contamination including, without limitation, the *Canadian Environmental Protection Act*, the Ontario *Environmental Protection Act*, the *Ontario Water Resources Act*, or the Ontario *Occupational Health and Safety Act* and regulations thereunder (the "**Environmental Legislation**"), provided however that nothing herein shall exempt the Receiver from any duty to report or make disclosure imposed by applicable Environmental Legislation.  The Receiver shall not, as a result of this Order or anything done in pursuance of the Receiver's duties and powers under this Order, be deemed to be in Possession of any of the Property within the meaning of any Environmental Legislation, unless it is actually in possession.

**LIMITATION ON THE RECEIVER'S LIABILITY**

18.     **THIS COURT ORDERS** that the Receiver shall incur no liability or obligation as a result of its appointment or the carrying out of the provisions of this Order, save and except for any gross negligence or wilful misconduct on its part, or in respect of its obligations under sections 81.4(5) or 81.6(3) of the BIA or under the *Wage Earner Protection Program Act*.  Nothing in this Order shall derogate from the protections afforded the Receiver by section 14.06 of the BIA or by any other applicable legislation.

**RECEIVER'S ACCOUNTS**

19.     **THIS COURT ORDERS** that the Receiver and counsel to the Receiver shall be paid their reasonable fees and disbursements, in each case at their standard rates and charges unless otherwise ordered by the Court on the passing of accounts, and that the Receiver and counsel to the Receiver shall be entitled to and are hereby granted a charge (the "**Receiver's Charge**") on the Property, as security for such fees and disbursements, both before and after the making of this Order in respect of these proceedings, and that the Receiver's Charge shall form a first charge on the Property in priority to all security interests, trusts, liens, charges and encumbrances, statutory or otherwise, in favour of any Person, but subject to sections 14.06(7), 81.4(4), and 81.6(2) of the BIA.

20.     **THIS COURT ORDERS** that the Receiver and its legal counsel shall pass its accounts from time to time, and for this purpose the accounts of the Receiver and its legal counsel are hereby referred to a judge of the Commercial List of the Ontario Superior Court of Justice.

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

DATED AT TORONTO THIS 29 DAY OF June 20 16
FAIT À TORONTO LE

REGISTRAR

DOCUMENT, DONT CHACUNE
DES PAGES EST REVÊTUE DU
SCEAU DE LA COUR SUPÉRIEURE
DE JUSTICE À TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVE DANS CE BUREAU

Alison Mercer
Registrar
Superior Court of Justice

A1506

A1507

- 11 -

21.     **THIS COURT ORDERS** that prior to the passing of its accounts, the Receiver shall be at liberty from time to time to apply reasonable amounts, out of the monies in its hands, against its fees and disbursements, including legal fees and disbursements, incurred at the standard rates and charges of the Receiver or its counsel, and such amounts shall constitute advances against its remuneration and disbursements when and as approved by this Court.

**FUNDING OF THE RECEIVERSHIP**

22.     **THIS COURT ORDERS** that the Receiver be at liberty and it is hereby empowered to borrow by way of a revolving credit or otherwise, such monies from time to time as it may consider necessary or desirable, provided that the outstanding principal amount does not exceed $1,000,000 (or such greater amount as this Court may by further Order authorize) at any time, at such rate or rates of interest as it deems advisable for such period or periods of time as it may arrange, for the purpose of funding the exercise of the powers and duties conferred upon the Receiver by this Order, including interim expenditures. The whole of the Property shall be and is hereby charged by way of a fixed and specific charge (the "**Receiver's Borrowings Charge**") as security for the payment of the monies borrowed, together with interest and charges thereon, in priority to all security interests, trusts, liens, charges and encumbrances, statutory or otherwise, in favour of any Person, but subordinate in priority to the Receiver's Charge and the charges as set out in sections 14.06(7), 81.4(4), and 81.6(2) of the BIA.

23.     **THIS COURT ORDERS** that neither the Receiver's Borrowings Charge nor any other security granted by the Receiver in connection with its borrowings under this Order shall be enforced without leave of this Court.

24.     **THIS COURT ORDERS** that the Receiver is at liberty and authorized to issue certificates substantially in the form annexed as Schedule "A" hereto (the "**Receiver's Certificates**") for any amount borrowed by it pursuant to this Order.

25.     **THIS COURT ORDERS** that the monies from time to time borrowed by the Receiver pursuant to this Order or any further order of this Court and any and all Receiver's Certificates evidencing the same or any part thereof shall rank on a *pari passu* basis, unless otherwise agreed to by the holders of any prior issued Receiver's Certificates.

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DON'T CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU.

DATED AT TORONTO THIS 29 DAY OF June 20 26
FAIT A TORONTO LE

REGISTRAR

Alison Mercer
Registrar
Superior Court of Justice

A1507

**SERVICE AND NOTICE**

26.     **THIS COURT ORDERS** that the E-Service Protocol of the Commercial List (the "**Protocol**") is approved and adopted by reference herein and, in this proceeding, the service of documents made in accordance with the Protocol (which can be found on the Commercial List website at https://www.ontariocourts.ca/scj/practice/regional-practice-directions/eservice-commercial/) shall be valid and effective service.  Subject to Rule 17.05 of the *Rules of Civil Procedure* (the "**Rules**"), this Order shall constitute an order for substituted service pursuant to Rule 16.04 of the Rules. Subject to Rule 3.01(d) of the Rules and paragraph 21 of the Protocol, service of documents in accordance with the Protocol will be effective on transmission. This Court further orders that a Case Website shall be established in accordance with the Protocol with the following URL: https://fullerllp.com/active_engagements/Lion-Force-Transport-Inc./.

27.     **THIS COURT ORDERS** that if the service or distribution of documents in accordance with the Protocol is not practicable, the Receiver is at liberty to serve or distribute this Order, any other materials and orders in these proceedings, any notices or other correspondence, by forwarding true copies thereof by prepaid ordinary mail, courier, personal delivery or facsimile transmission to the Debtors' creditors or other interested parties at their respective addresses as last shown on the records of the Debtors and that any such service or distribution by courier, personal delivery or facsimile transmission shall be deemed to be received on the next business day following the date of forwarding thereof, or if sent by ordinary mail, on the third business day after mailing.

28.     **THIS COURT ORDERS** that the Applicant, the Receiver and their respective counsel are at liberty to serve or distribute this Order, any other materials and orders as may be reasonably required in these proceedings, including any notices, or other correspondence, by forwarding true copies thereof by electronic message to the Debtors' creditors or other interested parties and their advisors. For greater certainty, any such distribution or service shall be deemed to be in satisfaction of a legal or juridical obligation, and notice requirements within the meaning of clause 3(c) of the Electronic Commerce Protection Regulations, Reg. 81000-2-175 (SOR/DORS).

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DON'T CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS 29 DAY OF June 20 26
FAIT À TORONTO LE

Alison Mercer
Registrar
Superior Court of Justice

REGISTRAR

A1508

- 13 -

**GENERAL**

29.     **THIS COURT ORDERS** that the Receiver may from time to time apply to this Court for advice and directions in the discharge of its powers and duties hereunder.

30.     **THIS COURT ORDERS** that nothing in this Order shall prevent the Receiver from acting as a trustee in bankruptcy of the Debtors.

31.     **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada or in the United States to give effect to this Order and to assist the Receiver and its agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Receiver, as an officer of this Court, as may be necessary or desirable to give effect to this Order or to assist the Receiver and its agents in carrying out the terms of this Order.

32.     **THIS COURT ORDERS** that the Receiver be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order, and that the Receiver is authorized and empowered to act as a representative in respect of the within proceedings for the purpose of having these proceedings recognized in a jurisdiction outside Canada, including acting as a foreign representative of the Debtors to apply to the United States Bankruptcy Court for relief pursuant to Chapter 15 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1530, as amended.

33.     **THIS COURT ORDERS** that the Applicant shall have its costs of this application, up to and including entry and service of this Order, provided for by the terms of the Applicant's security or, if not so provided by the Applicant's security, then on a substantial indemnity basis to be paid by the Receiver from the Debtors' estate with such priority and at such time as this Court may determine.

34.     **THIS COURT ORDERS** that any interested party may apply to this Court to vary or amend this Order on not less than seven (7) days' notice to the Receiver and to any other party likely to be affected by the order sought or upon such other notice, if any, as this Court may order.

DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

DOCUMENT, DONT CHACUNE
DES PAGES EST REVÊTUE DU
SCEAU DE LA COUR SUPERIEURE
DE JUSTICE A TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS ___ DAY OF _____ 20__
FAIT À TORONTO LE          JOUR DE

Alison Mercer
Registrar
Superior Court of Justice

REGISTRAR                                        GREFFIER

A1509

A1510

- 14 -

35.     **THIS COURT ORDERS** that this Order is effective from the date it is made and is enforceable without any need for entry or filing.

<span style="margin-left:auto"></span>

Justice FL Myers   Digitally signed by Justice FL Myers
Date: 2026.05.15 16:44:19 -04'00'

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS 29 DAY OF June 10 26
FAIT À TORONTO LE                    JOUR DE

Alison Mercer
Registrar
Superior Court of Justice

REGISTRAR

A1510

A1511

## SCHEDULE "A"

## RECEIVER CERTIFICATE

CERTIFICATE NO. _____

AMOUNT $_____

1.      THIS IS TO CERTIFY that The Fuller Landau Group Inc., the receiver (the "**Receiver**") of all of the assets, undertakings and properties of the Debtors acquired for, or used in relation to businesses carried on by the Debtors and all proceeds thereof, including, without limitation, the Real Property (collectively, the "**Property**") appointed by Order of the Ontario Superior Court of Justice (Commercial List) (the "**Court**") dated the 15th day of May, 2026 (the "**Order**") made in an application having Court file number CL-26-00000182-0000, has received as such Receiver from the holder of this certificate (the "**Lender**") the principal sum of $_____, being part of the total principal sum of $_____ which the Receiver is authorized to borrow under and pursuant to the Order.

2.      The principal sum evidenced by this certificate is payable on demand by the Lender with interest thereon calculated and compounded [daily][monthly not in advance on the _____ day of each month] after the date hereof at a notional rate per annum equal to the rate of _____ per cent above the prime commercial lending rate of Bank of _____ from time to time.

3.      Such principal sum with interest thereon is, by the terms of the Order, together with the principal sums and interest thereon of all other certificates issued by the Receiver pursuant to the Order or to any further order of the Court, a charge upon the whole of the Property, in priority to the security interests of any other person, but subject to the priority of the charges set out in the Order and in the *Bankruptcy and Insolvency Act*, and the right of the Receiver to indemnify itself out of such Property in respect of its remuneration and expenses.

4.      All sums payable in respect of principal and interest under this certificate are payable at the main office of the Lender at Toronto, Ontario.

5.      Until all liability in respect of this certificate has been terminated, no certificates creating charges ranking or purporting to rank in priority to this certificate shall be issued by the Receiver

THIS IS TO CERTIFY THAT THIS PAGE OF THE DOCUMENT, DON'T CHACUNE WHICH IS STAMPED WITH THE DES PAGES EST REVÊTUE DU SEAL OF THE SUPERIOR COURT SCEAU DE LA COUR SUPÉRIEURE OF JUSTICE AT TORONTO, IS A DE JUSTICE A TORONTO, EST UNE TRUE COPY OF THE DOCUMENT COPIE CONFORME DU DOCUMENT ON FILE IN THIS OFFICE CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS ___ DAY OF ____ JUNE 20 26
FAIT À TORONTO LE    JOUR DE

Alison Mercer
Registrar
Superior Court of Justice

REGISTRAR    GRE

A1511

A1512

to any person other than the holder of this certificate without the prior written consent of the holder of this certificate.

6.      The charge securing this certificate shall operate so as to permit the Receiver to deal with the Property as authorized by the Order and as authorized by any further or other order of the Court.

7.      The Receiver does not undertake, and it is not under any personal liability, to pay any sum in respect of which it may issue certificates under the terms of the Order.

DATED the _____ day of _____, 20__.

The Fuller Landau Group Inc., solely in its capacity
as Receiver of the Property, and not in its personal capacity


Per: _____

        Name:

        Title:

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRÉSENT ATTEST QUE CE DOCUMENT, DON'T CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS 24 DAY OF June 20 26
FAIT À TORONTO LE    JOUR DE

Alison Mercer
Registrar
Superior Court of Justice

REGISTRAR                    GREFFIER

A1512

A1513

**ROYAL BANK OF CANADA**
Applicant

- and -

**LION FORCE TRANSPORT INC. et al.**
Respondents

Court File No.   CL-26-00000182-0000

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**Proceedings commenced at Toronto**

**ORDER**
**(appointing Receiver)**

**AIRD & BERLIS LLP**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

**Steven Graff (LSO #61044N)**
Tel:    (416) 865-7726
Email:  sgraff@airdberlis.com

**Samantha Hans (LSO #84737H)**
Tel:    (437) 880-6105
Email:  shans@airdberlis.com

**Cristian Delfino (LSO #87202N)**
Tel:    (416) 865-7748
Email:  cdelfino@airdberlis.com

*Lawyers for Royal Bank of Canada*

A1513

**Exhibit B**

**Consolidated Verified List
Pursuant to 1007(a)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re:<br><br>LION FORCE TRANSPORT INC., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No.: 26-_____ (\_\_\_)<br><br>(Joint Administration Pending) |

**CONSOLIDATED VERIFIED LIST**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(4), 1008, AND 2002(q) [2]**

Pursuant to Rules 1007(a)(4), 1008, and 2002(q), the attached schedules contemplate each

of the following:

(i)     all persons or bodies authorized to administer foreign proceedings of the Debtor (Schedule A);

(ii)    all parties to litigation pending in the United States in which any Debtor is a party at the time of filing of the petition (Schedule B); and

(iii)   all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code (Schedule C).

I declare under penalty of perjury under the laws of the United States of America that the information in the attached schedules is true and correct to the best of my knowledge, information, and belief.

*[Remainder of page left intentionally blank]*

---

[1]     The chapter 15 debtors in these chapter 15 cases (the "Debtors"), along with the last four digits of the Debtors' Canadian business number, are as follows: Lion Force Transport Inc. (4050); 2696942 Ontario Inc. (6942); 2854233 Ontario Inc. (4233).  The Debtors' executive headquarters are located at 27 Automatic Road, Brampton Ontario, L6S 5N8.

[2]     The information set forth herein is based on the Foreign Representative's review of the Debtor's books and records.  The Foreign Representative reserves the right to modify or supplement any of the information provided, effective retroactive to the Petition Date.

Executed on this 20ᵗʰ day of July 2026
Toronto, Ontario
Canada

**The Fuller Landau Group Inc.,**
solely in its capacity as court-appointed Receiver
and Foreign Representative for the Debtors and
not in its individual or corporate capacity

BY:    _____

Gary Abrahamson, Partner

# SCHEDULE A

**All Persons or Bodies Authorized to Administer Foreign Proceedings of the Debtors**

The Fuller Landau Group Inc.
(solely in its capacity as court appointed Receiver and Foreign Representative of the Debtor, and not in its individual or corporate capacity)
151 Bloor Street West
Toronto, Ontario M5S 1S4
Canada

## SCHEDULE B

**All Parties to Litigation Pending in the United States
in which a Debtor is a Party at the Time of Filing of the Petition**

1.  Circuit Court of St. Louis County Missouri, Case No. 25SLCC06268

Parties: XTRA Lease LLC, Lion Force Transport, Inc.

## SCHEDULE C

### All Entities Against Whom Provisional Relief Is
### Being Sought Under § 1519 of the Bankruptcy Code

*See Attached*

| Party | Attention | Address1 | Address2 | City | St/Prov | Zip Code | Country | Email |
|---|---|---|---|---|---|---|---|---|
| 2696942 ONTARIO INC. | Attn: Harry Hundal | 18 Arctic Fox Crescent | | BRAMPTON | ON | L6R 0J3 | Canada | harry@lionforce.ca |
| 2854233 ONTARIO INC. | Attn: Harry Hundal | 6950 Kenderry Gate | | MISSISSAUGA | ON | L5T 2S7 | Canada | harry@lionforce.ca |
| LION FORCE TRANSPORT INC. | Attn: Harry Hundal | 27 Automatic Road | | BRAMPTON | ON | L6S 5N8 | Canada | harry@lionforce.ca |
| AIRD & BERLIS LLP | Attn: Steven L. Graff; Samantha Hans; Cristian Delfino | Brookfield Place | 181 Bay Street, Suite 1800 | TORONTO | ON | M5J 2T9 | Canada | sgraff@airdberlis.com; shans@airdberlis.com; cdelfino@airdberlis.com |
| BLAKE, CASSELS & GRAYDON LLP | Attn: Chris Burr | 199 Bay Street | Suite 4000, Commerce Court West | TORONTO | ON | M5L 1A9 | Canada | chris.burr@blakes.com |
| BLANEY MCMURTRY LLP | Attn: Timothy Dunn; Alexandra Teodorescu | 2 Queen Street East, Ste 1500 | | TORONTO | ON | M5C 3G5 | Canada | tdunn@blaney.com; ateodorescu@blaney.com |
| BORDEN LADNER GERVAIS LLP | Attn: Roger Jaipargas | Bay Adelaide Centre | East Tower, 22 Adelaide St. W. | TORONTO | ON | M5H 4E3 | Canada | rjaipargas@blg.com |
| COZEN O'CONNOR LLP | Attn: Steven Weisz | Bay Adelaide Centre North Tower | 40 Temperance St. Suite 2700 | TORONTO | ON | M5H 0B4 | Canada | sweisz@cozen.com |
| DENTONS CANADA LLP | Attn: Kenneth Kraft; Elaine Gray | 77 King Street West, Ste 400 | | TORONTO | ON | M5K 0A1 | Canada | kenneth.kraft@dentons.com; elaine.gray@dentons.com |
| HARRISON PENSA LLP | Attn: K. Daniel Reason | 130 Dufferin Avenue, Ste 1101 | | LONDON | ON | N6A 5R2 | Canada | dreason@harrisonpensa.com |
| MILLER THOMSON LLP | Attn: Larry Ellis; Armando Ranjbar | 40 King St W Ste 6600 | | TORONTO | ON | M5H 3S1 | Canada | lellis@millerthomson.com; aranjbar@millerthomson.com |
| YOUNGMAN LAW | Attn: Patrick Bernard | 90 Eglinton Avenue East, Ste 980 | | TORONTO | ON | M4P 2Y3 | Canada | pbernard@youngmanlaw.com |
| BAINS TRUCK & TRAILER CENTRE INC. | | 115 Orenda Road | | BRAMPTON | ON | L6W 1V7 | Canada | |
| CANADIAN DEALER LEASE SERVICES INC. | | 2 Bloor Street West, Ste 700 | | TORONTO | ON | M4W 3E2 | Canada | |
| CANADIAN WESTERN BANK LEASING INC. | | 12230 Jasper Avenue, Ste 201 | | EDMONTON | AB | T5N 3K3 | Canada | |
| CCA FINANCIAL, LLC | | 7275 Glen Forest Drive, Ste 100 | | RICHMOND | VA | 23226 | USA | |
| COAST CAPITAL EQUIPMENT LEASING LTD. | | 800-9900 King George Boulevard | | SURREY | BC | V3T 0K7 | Canada | |
| CONCENTRA EQUIPMENT FINANCE | A DIVISION OF BENNINGTON FINANCIAL CORP. | 100-1465 North Service Road East | | OAKVILLE | ON | L6H 1A7 | Canada | |
| CWB NATIONAL LEASING INC. | | 1525 Buffalo Place (3227075) | | WINNIPEG | MB | R3T 1L9 | Canada | |
| DAIMLER TRUCK FINANCIAL SERVICES CANADA | Attn: Ethan Burke-Virag | 2680 Matheson Blvd East, #202 | | MISSISSAUGA | ON | L4W 0A5 | Canada | ethan.burke-virag@daimlertruck.com |
| DEUTSCHE LEASING CANADA, CORP. | | 190 South Lasalle Street, Ste 2150 | | CHICAGO | IL | 60603 | USA | |
| FINLOC 2000 INC. | | 11505, 1st Avenue, Ste 500 | | SAINT-GEORGES | QC | G5Y 7X3 | Canada | |
| FORD CREDIT CANADA LEASING | DIVISION OF CANADIAN ROAD LEASING COMPANY | PO Box 8651 Stn Main | | CONCORD | ON | L4K 0N8 | Canada | |
| GILL TRUCK, TRAILER & TIRE REPAIR INC. | | 120 Orenda Road | | BRAMPTON | ON | L6W 1W2 | Canada | |
| GM FINANCIAL CANADA LEASING LTD. | | 2001 Sheppard Avenue, Ste 600 | | TORONTO | ON | M2J 4Z8 | Canada | |
| HARRY HUNDAL | | 18 Arctic Fox Crescent | | BRAMPTON | ON | L6R 0J3 | Canada | harry@lionforce.ca |
| JOHN DEERE FINANCIAL INC. | | 295 Hunter Road | PO Box 1000 | GRIMSBY | ON | L3M 4H5 | Canada | |
| MANINDER SINGH NIJJAR | | 82 Snowcap Road | | BRAMPTON | ON | L6R 1W2 | Canada | |
| MERCEDES-BENZ FINANCIAL SERVICES CANADA CORPORATION | | 2680 Matheson Boulevard East, Ste 500 | | MISSISSAUGA | ON | L4W 0A5 | Canada | |
| NEW MILLENIUM TIRE CENTRE | | 25 Clark Road | | BRAMPTON | ON | L6W 1X4 | Canada | |
| PARAGON COLLISION | DIV. OF 1729298 ONTARIO INC. | 1889 Gage Court | | MISSISSAUGA | ON | L5S 1S3 | Canada | |
| PNC EQUIPMENT FINANCE | A DIVISION OF PNC BANK CANADA BRANCH | 2140-130 King Street West | | TORONTO | ON | M5X 1E4 | Canada | |
| PORSCHE FINANCIAL SERVICES CANADA | | 165 Yorkland Boulevard, Unit 150 | | TORONTO | ON | M2J 4R2 | Canada | |
| SUKHJIWAN SINGH KAJLA | | 48 Summer Mist Court | | BRAMPTON | ON | L6R 2Z1 | Canada | |
| THE BANK OF NOVA SCOTIA, DLAC | | 44 King Street West, Scotia Plaza | | TORONTO | ON | M5H 1H1 | Canada | |
| ATTORNEY GENERAL OF CANADA | Attn: Ontario Regional Office, Tax Law Section | Department of Justice of Canada | 120 Adelaide Street West, Suite 400 | TORONTO | ON | M5H 1T1 | Canada | AGC-PGC.Toronto-Tax-Fiscal@justice.gc.ca |
| HIS MAJESTY THE KING IN RIGHT OF CANADA | Ministry of Finance, Legal Services Branch | Revenue Collections Branch, Insolvency Unit | 33 King Street West, 6th Floor | OSHAWA | ON | L1H 8H5 | Canada | insolvency.unit@ontario.ca |
| OFFICE OF THE SUPERINTENDENT OF BANKRUPTCY CANADA | | 151 Yonge Street, 4th Floor | | TORONTO | ON | M5C 2W7 | Canada | osbservice-bsfservice@ised-isde.gc.ca |
| THE FULLER LANDAU GROUP INC. | Attn: Gary Abrahamson; Ken Pearl; Atulya Sheth | 151 Bloor Street West | | TORONTO | ON | M5S 1S4 | Canada | gabrahamson@fullerllp.com; kpearl@fullerllp.com; asheth@fullerllp.com |
| A Max Truck Repair | | 2351 Kentucky Ave | | INDIANAPOLIS | IN | 46221 | USA | |
| Alamery Logistics LLC | | 12786 Farmington RD | | LIVONIA | MI | 48154 | USA | |
| Alexander, Winton & Associates Inc. | | 8804 Caroma Street, Ste 160 | | OLIVE BRANCH | MS | 38654 | USA | |
| ALI I TRANSPORT INC | | 51 Middlebury Ct | | DEARBORN | MI | 48120 | USA | |
| AMERICAN TRANSPORTATION SYSTEM | | 3813 LINCOLN ST | | DEARBORN | MI | 48124 | USA | raedhdad1@yahoo.com |
| American Truck & Trailer Service | | 1405 McKinley Rd | | ST MARYS | OH | 45885 | USA | |
| Amica Mutual Insurance Company | | PO Box 8690 | | PROVIDENCE | RI | 02940 | USA | |
| Annah-El Custom Services of Laredo, Inc. | | PO Box 450911 | | LAREDO | TX | 78045 | USA | accounting@annah-el.com |
| ASM Legal PRo | | 140 Broadway 46th Floor | | NEW YORK | NY | 10005 | USA | ankit@asmlegalcorp.com |
| ATTIC Recovery Services | | PO Box 8509 | | MISSOULA | MT | 59807 | USA | |
| Autos in Motion | | 505 W Grand Ave | | ELMHURST | IL | 60126 | USA | |
| BARCLAY DAMON LLP | Federal File #15-0339022 | PO Box 1265 | | ALBANY | GA | 12201-1265 | USA | accountsreceivable@barclaydamon.com |
| Baxter-Bailey & Associates | | 6858 Swinnea Rd Bldg 4 | | SOUTHAVEN | MS | 38671 | USA | paul@bbcollects.com |
| BES International LLC | | 1710 Aguila Azteca Dr | | LAREDO | TX | 78043 | USA | rene.sergio.flores@rrtransportationservices.com |
| Blue Beacon truck wash | | 373 Cumberland Gap PKwy | | CORBIN | KY | 40702 | USA | |

188750725.1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BLUE OCEAN TRUCKING LLC | | 33657 CHATSWORTH DR | | STERLING HEIGHTS | MI | 48312 | USA | |
| Boxwheel Trailer Leasing, LLC | | 9001 E 96th Avenue | | HENDERSON | CO | 80640 | USA | |
| BRP CANADA IN | | 3000 Aurburn Drive | | BEACHWOOD | OH | 44122 | USA | penske.claims@penske.com |
| BVD Petroleum | | 135 D'Arcy Pkwy | | LATHROP | CA | 95330 | USA | |
| CDL Consultant Inc | | 900 Technology Way, Ste 301 | | LIBERTYVILLE | IL | 60048 | USA | |
| Ceva Logistics US Inc. | | 11906 Hayter Rd | | LAREDO | TX | 78045 | USA | |
| Champions Towing and Recovery | | 681 iron hill road | | TAYLORSVILLE | GA | 30178 | USA | |
| Chindy Technologies | | 124 Oakley Dr | | SYRACUSE | NY | 13212 | USA | |
| Chindy Technologies Group US Inc DBA Full Circle TMS | | 13494 grandview drive | | GIBRALTAR | MI | 48173 | USA | accounting@fullcircletms.com |
| CLARK COUNTY CIRCUIT CLERK | | PO BOX 187 | | MARSHALL | IL | 62441 | USA | |
| COMMERCIAL DOOR & FRAME DISTRIBUTORS, LLC | Blue grass Commons Office Park | Building 2, Ste 2350 | 100 Bluegrass Commons Blvd | HENDERSONVILLE | TN | 37075 | USA | |
| COMMISSIONER OF TAXATION AND FINANCE | NYS Tax Department, RPC HUT | PO BOX 15166 | | ALBANY | NY | 122212-5166 | USA | |
| CONCENTRA HEALTH SERVICES. INC | CONCENTRA MED COMPLIANCE ADMIN | PO BOX 9008 | | ADDISON | TX | 75001 | USA | |
| COSHOCTON TRUCKING INC. | | PO BOX 1210 | | COSHOCTON | OH | 43812 | USA | |
| Costa Solutions | | 4515 Industry Park Drive | | SAN ANTONIO | TX | 78218 | USA | |
| Cottingham & Butler | | 800 Main Street | | DUBUQUE | IA | 52001 | USA | |
| DANI TRUCKING LLC | | 8830 BROUGHAM DR | | STERLING HEIGHTS | MI | 48312-3529 | USA | |
| Danny Logistics Inc | | 3615 Lancaster Dr | | STERLING HEIGHTS | MI | 48312 | USA | |
| Dat Solutions LLC | Box 3801 | PO Box 783801 | | PHILADELPHIA | PA | 19178-3801 | USA | |
| Dave's Discount Auto LLC | | 24565 Mound Rd | | WARREN | MI | 48091 | USA | |
| Dean's Mobile Services | | 2401 San Salvador | | LAREDO | TX | 78045 | USA | |
| DENEMO ONE INC | | 2208 TREMONT AVENUE | | AURORA | IL | 60502 | USA | |
| Detroit International Bridge Company (Ambassador Bridge) | | PO Box 32666 | | DETROIT | MI | 48232 | USA | lpeltier@ambassadorbridge.com |
| Direct Freight Services | | PO Box 131 | | CHILLICOTHE | MO | 64601 | USA | |
| DLR AUTOTRANSPORTES LLC | | 10025 SIEMPRE VIVA RD Ste A | | SAN DIEGO | CA | 92154 | USA | |
| DOFT.COM-US | | 340 S Lemon Ave 9277 | | WALNUT | CA | 91789 | USA | |
| DX Rancho | | 603 Ranch Rd | | LAREDO | TX | 78045 | USA | |
| Eshaq Trucking Inc | | 37056 Marion Dr | | STERLING HTS | MI | 48312-1956 | USA | |
| EZ Pass | | E-ZPass CSC, PO Box 15187 | | ALBANY | NY | 12212-5185 | USA | |
| FADI RR TRUCKING INC. | | 20738 SUMMERFIELD DR | | MACOMB | MI | 48044 | USA | |
| Faro Factoring LLC | c/o Moga Transfer LLC | 7613 Rocio Dr Ste 1 | | LAREDO | TX | 78041 | USA | info@farofactoring.com |
| FAST AND FURIOUS LOGISTICS INC. | | 5137 GERALD ST | | WARREN | MI | 48092 | USA | |
| FINES, PENALITIES AND FORFEITURES OFFICE | | 477 MICHIGAN AVENUE, ROOM 200 | | DETROIT | MI | 48226 | USA | |
| Fire Recovery USA, LLC, | | 2271 Lava Ridge Court Ste 120 | | ROSEVILLE | CA | 95661-3065 | USA | |
| FivePoint Payments | | 2221 Peachtree Road NE Ste D-205 | | ATLANTA | GA | 30309 | USA | |
| FMM AFLEMSA S.A. de C.V. | | 122 Sulfur Mine Rd | | LAREDO | TX | 78045 | USA | |
| FMM TRUCKING LLC | | 45132 UTICA GREEN E | | SHELBY TOWNSHIP | MI | 48313 | USA | |
| FRANCISCO JAVIER REYES RETANA | | 13106 SPIVEY DR | | LAREDO | TX | 78045 | USA | |
| G Vela Trucking LLC | | 240 Middlestone Drive | | LAREDO | TX | 78045 | USA | gerardo.vela12@gmail.com |
| General Motors c/o Honigman LLP | Todd Sable & Annie Driesbach | 2290 First National Building | 660 Woodward Avenue | DETROIT | MI | 48226-3506 | USA | tsable@honigman.com; adreisbach@honigman.com |
| Global Commerce Systems Inc. | | 607 Herndon Road, Ste 306 | | HERNDON | VA | 20170 | USA | betsy.venable@usgcs.com; patsy.schierlmann@usgcs.com |
| HADER TRUCKING INC. | | 1630 HEMPSTEAD DR | | TROY | MI | 48083 | USA | |
| Hakeem Trucking Inc | | 41547 Vancouver Dr | | STERLING HEIGHTS | MI | 48314 | USA | |
| HANI TRUCKING INC | | 40306 LANGTON | | STERLING HEIGHTS | MI | 48310 | USA | maiss_radd@yahoo.com |
| HIRE RIGHT, LLC | | PO BOX 847891 | | DALLAS | TX | 78254 | USA | |
| Iga International Freight Line Inc | | 269 Sulfur Mine Rd | | LAREDO | TX | 78045 | USA | |
| INDY Graphics | | 5049 N 300 E | | WHITELAND | IN | 46184 | USA | |
| Interstate Fleet Services LLC | | PO Box 807 | | HORSHAM | PA | 19044 | USA | accounting@ifleetservices.com |
| Intrastate Distributors, Inc. / RZS Express | | 6400 8 Mile Rd | | DETROIT | MI | 48234 | USA | |
| Jaguar trucking One LLC | | 425 JOLIET STREET | | DYER | IN | 46311 | USA | jaguartrucking@hotmail.com |
| JAMCO International, Inc. | | PO Box 450747 | | LAREDO | TX | 78045 | USA | |
| JJ KELLER & ASSOCIATES | | 3003 Breezewood Lane | | NEENAH | WI | 54956 | USA | |
| JR's Services And Recovery LLC | | 2352 South West Street | | INDIANAPOLIS | IN | 46225 | USA | |
| K&M Enterprises | | 13150 Montana Ave | | EL PASO | TX | 79925-4110 | USA | |
| KARMA XPRESS INC | | 13009 116TH AVE S OZONE PARK | | NYC | NY | 11420 | USA | |

188750725.1

| | | | | | | |
|---|---|---|---|---|---|---|
| KEEP IT ROLLING | | 8831 Inkster RD | TAYLOR | MI | 48180 | USA | |
| Khaledi Industrial Park | | 118 Ross Khaledi Rd | LAREDO | TX | 78045 | USA | |
| Krom Forwarding Inc. and PetroM Corp | | 12601 Mines Rd | LAREDO | TX | 78045 | USA | |
| KRYSTAL TRANSPORT LLC | | 15045 HAMILTON AVENUE | HIGHLAND PARK | MI | 48203 | USA | |
| LEO LOGISTICS INC | | 42428 COLORADO DR | CLINTON TOWNSHIP | MI | 48036 | USA | |
| Loadconnect INC | | 5164 E 81st Ave | MERRILLVILLE | IN | 46410 | USA | hello@loadconnect.io |
| LOGISTIC ONE LTD. | | 13950 FRAZHO RD | WARREN | MI | 48089 | USA | |
| M&Y Truck Center LLC | | 19298 Plymouth Rd | DETROIT | MI | 48228 | USA | |
| M.D.O.T Blue Water Bridge | | 1410 Elmwood St | PORT HURON | MI | 48060 | USA | |
| MacroPoint, LLC | | 2030 Powers Ferry Rd, Ste 350 | ATLANTA | GA | 30339-5066 | USA | accountsreceivable@descartes.com |
| MALAKHA TRUCKING INC. | | 3647 MERRIMAC DR | STERLING HEIGHTS | MI | 48310 | USA | |
| Matteo Transport LLC | | 21454 Gentry Dr | MACOMB | MI | 48044 | USA | |
| McKinney Trailer Rentals | | PO Box 515574 | LOS ANGELES | CA | 90051-4586 | USA | cherrera@mckinneytrailers.com |
| MERIDIAN TRUCKING LLC | | 7721 CRIMSON CT | SHELBY | MI | 48316 | USA | |
| Merle's Towing Inc | | 6016 S Mackinac Trail | SAULT STE. MARIE | MI | 49783 | USA | |
| Monarch International Transport Inc. | | 2906 CLARK BLVD APT 2 | LAREDO | TX | 78043 | USA | |
| National Commercial Services | | 6644 Valjean Avenue Ste 100 | VAN NUYS | CA | 91406 | USA | |
| New Malwa Logistics Inc. | | 28666 Hildebrandt St | ROMULUS | MI | 48174 | USA | |
| New Mexico Taxation and Revenue Department | | PO Box 630 | SANTA FE | NM | 87504-0630 | USA | |
| NIC Federal (DOT) | | PO Box 74008301 | CHICAGO | IL | 60674-8301 | USA | |
| Night Owl Truck Repair & Trucking | | 32428 Liparoto Drive | ROCKWOOD | MI | 48173 | USA | |
| NZ TRUCKING | | 1718 N GULLEY RD | DEARBORN | MI | 48128 | USA | nztruckinghanz@gmail.com |
| OCCUPATIONAL HEALTH CENTERS OF NEW JERSEY, P.A | | PO BOX 8750 | ELKRIDGE | MD | 21075-8750 | USA | |
| OCCUPATIONAL HEALTH CENTRES OF MICHIGAN | | PO BOX 5106 | SOUTHFIELD | MI | 48086-5106 | USA | |
| OCCUPATIONAL HEALTH CENTRES OF THE SOUTHWEST, P.A. | | PO BOX 9005 | ADDISON | TX | 75001-9005 | USA | |
| On Demand Logistics | | 3840 Gerard Dr | EL PASO | TX | 79938 | USA | |
| PAUL TRUCKING INC | | 17283 SUFFIELD DR | CLINTON TOWNSHIP | MI | 48038-7110 | USA | |
| Peach State Truck Centers | | 543 Old Grassdale Road NE | CARTERSVILLE | GA | 30121 | USA | |
| Penske | Jonathan L. Foley | 2675 Morantown Road | READING | PA | 19607 | USA | Jonathan.Foley@penske.com |
| PGS USA, LLC | | 2424 Edenborn Ave, Ste 550 | METAIRIE | LA | 70002 | USA | info.logistics@pacorini.com |
| Prestige Freight LLC | | 9445-9465 INKSTER RD | TAYLOR | MI | 48180-3044 | USA | |
| Progressive Insurance | | 6300 Wilson Mills Road | MAYFIELD VILLAGE | OH | 44143 | USA | |
| Regus Management Group | | 15305 Dallas Parkway | ADDISON | TX | 75001 | USA | |
| RMR TRUCKING INC | | 27559 HOOVER ROAD, UNIT 11 | WARREN | MI | 48093 | USA | |
| RPC Hut | | PO Box 15166 | ALBANY | NY | 122212-5166 | USA | |
| RVG Fabricators & Speciality Welding LLC | | 5321 N Athol St | PHARR | TX | 78577 | USA | |
| RZS Express LLC | | 16171 Scenic | CLINTON TWP | MI | 48038 | USA | |
| S&R TRANSPORT INC. | | 55621 OMNI DR | SHELBY TOWNSHIP | MI | 48315-6644 | USA | |
| SAN DIEGO TRANSPORTATION INC | | 55477 RASPBERRY DR | MACOMB | MI | 48042 | USA | |
| SANAD TRANSPORT LLC | | 28832 AUDREY | WARREN | MI | 48092 | USA | |
| SGS LOGISTICS LLC | | 11947 15 Mile Rd APT 2B | STERLING HEIGHTS | MI | 48312 | USA | |
| Sharco Express | | 3390 Warehouse Dr | BURTON | MI | 48529 | USA | |
| SKYLAR TRUCKING LLC | | 4463 BERWICK DR | STERLING HEIGHTS | MI | 48312 | USA | |
| SM2 Logistics LLC | | 3200 East 10 Mile Road | WARREN | MI | 48092 | USA | |
| Stellar Carriers Inc. | | 3135 Town Square Dr, Unit 205 | ROLLING MEADOWS | IL | 60008 | USA | |
| Steven Toma trucking Inc. | | 56328 TOURNAMENT LN | MACOMB | MI | 48042 | USA | |
| TENNESSEE DEPARTMENT OF TRANSPORTATION | | CMR PO BOX 60770 | OKLAHOMA CITY | OK | 73146 | USA | |
| Tenstreet, LLC | | 120 W 3rd Street, Ste 101 | TULSA | OK | 74103 | USA | |
| Transflo | | PO Box 88319 | MILWAUKEE | WI | 53288 | USA | |
| Treasurer- State of Tennessee | | 711 RS Gass Blvd | NASHVILLE | TN | 37216 | USA | ian.barrett@tn.gov |
| Trilogy Solutions LLC | | 2037 OLD CANDELER RD | GAINESVILLE | GA | 30507 | USA | |
| TRIPLE J TRUCKING INC | | 13424 DENVER CIR | STERLING HEIGHTS | MI | 48312 | USA | ronnie.nissu@icloud.com |
| U.S. CUSTOMS AND BORDER PROTECTION | DTOPS Program Administrator | 6650 Telecom Dr Ste 100 | INDIANAPOLIS | IN | 46278 | USA | |
| U.S. Customs and Border Protection (CBP) | World Trade Bridge, Attn: Port Cashier | 715 Bob Bullock Loop | LAREDO | TX | 78045 | USA | |
| UM TRUCKING LLC | | 31042 COUSINO DR | WARREN | MI | 48092 | USA | |

188750725.1

| Name | Contact/Attn | Address 1 | Address 2 | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|---|
| United Corporate Services, Inc. | | Ten Bank Street Ste 560 | | WHITE PLAINS | NY | 10606 | USA | |
| UNIVERSAL TRANSPORT LLC | | 7010 MIDDLEBELT RD | | ROMULUS | MI | 48174 | USA | |
| Universal Trucking Company | | 29000 Smith Rd | | ROMULUS | MI | 48174 | USA | |
| UPS Supply Chain Solutions, Inc | | 28013 Network Place | | CHICAGO | IL | 60673-1280 | USA | |
| Utility Tri-State, Inc. | | 15335 E Admiral Pl | | TULSA | OK | 74116 | USA | |
| VELOO LOGISTICS INC | | 30110 BENTLEY ST | | LIVONIA | MI | 48154 | USA | |
| WILLIAM NISSOU TRUCKING LLC | | 1549 Dragoon St | | DETROIT | MI | 48209 | USA | wile80@gmail.com |
| WORLDWIDE LOGISTICS | | 31235 Harper Ave, Ste 220 | | ST. CLAIR SHORES | MI | 48082 | USA | |
| Xtra Lease LLC | | 28350 Beverly Road | | ROMULUS | MI | 48174-2404 | USA | |
| Yarda Power Tranz | | 8700 Gtwy Blvd E | | EL PASO | TX | 79907 | USA | |
| City National Bank | Jenny Y. Park | 555 S. Flower Street | | LOS ANGELES | CA | 90071 | | jenny.park@cnb.com |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | | 111 East 17th Street | | Austin | TX | 78774 | | UNCLAIMED.PROPERTY@CPA.TEXAS.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | | 300 W. 15th Street | | Austin | TX | 78701 | | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| US Attorney's Office for the Southern District of Texas | | 1000 Louisiana, Ste. 2300 | | Houston | TX | 77002 | | usatxs.atty@usdoj.gov |
| Securities and Exchange Commission | Headquarters Securities & Exchange Commission Secretary of the Treasury | | | | | | | secbankruptcy@sec.gov; nyrobankruptcy@sec.gov |
| Internal Revenue Service | | PO BOX 7346 | | Philadelphia | PA | 19101-7346 | USA | |
| Office of the United States Trustee | Ha M. Nguyen, Trial Attorney | 515 Rusk Street | Suite 3516 | HOUSTON | TX | 77002 | USA | Ha.Nguyen@usdoj.gov |
| 11295918 Canada Inc. dba Brydon Fire Sprinkler System | | 31 Ballyhaise Crescent | | Brampton | ON | L6X 0YT | Canada | |
| 2664875 Ontario Inc. | | 48 Ivybridge Dr | | Stoney Creek | ON | L8E 0A4 | Canada | |
| 9891862 Canada Inc. O/A Amar Transport | | 7290 Major Mackenzie Dr | | Kleinberg | ON | L0J 1C0 | Canada | |
| Anthony Junior Inc. | | 2053 Williams Parkway Unit 47 | | Brampton | ON | L6S 5T4 | Canada | |
| Anytrek Ontario Inc. | | 45 James Gray Drive | | Toronto | ON | M2H 1N8 | Canada | |
| BIT Solution | | 879 Antonio Farlry | | Orleans | ON | K4A 5K1 | Canada | |
| Border Connect | | PO Box 24039 Market Square RO | | Windsor | ON | N8Y 4Y9 | Canada | |
| Catalys Lubricants | | 3462 White Oak Road | | London | ON | N6E 2Z9 | Canada | |
| Certified Laboratories | | 239 Orenda Road | | Brampton | ON | L6T 1E9 | Canada | |
| Copier Earth | | 6320 Kestrel Road | | Mississauga | ON | L5T 1Z3 | Canada | |
| Corcentric, LLC | | P.O. Box 4090 STN A | C/o Lockbox 914170 | Toronto | ON | M5W 0E9 | Canada | |
| DataDis | | 205-520 Michel Fragasso | | Quebec | QC | G2E 5N4 | Canada | |
| Drivex Solution | | 7370 Bramalea Road Unit 3 | | Mississauga | ON | L5S 1N6 | Canada | |
| Duntrune LLP | | 141 Adelaide Street West Suite 420 | | Toronto | ON | M5H 3L5 | Canada | |
| DX Xpress | | Av. Revolucion 3310, Piso 11 | Ladrillera | Monterrey | | 64830 | Mexico | |
| Express Fuel Tax Services Inc. | | 6379 Main St. | P.O. Box 1539 | Stouffville | ON | L4A 8A4 | Canada | |
| Fairview Courier | | 2780 Skymark Avenue Unit 4 | | Mississauga | ON | L4W 5A7 | Canada | |
| Flensa Sa De Cv | | Rancho Fraccion Los Organos | | Villagran | Guanaju | 38260 | Mexico | |
| Horizon Truck Repair Limited | | 455 Melair Drive | | Ayr | ON | N0B 1E0 | Canada | |
| Intertek Testing Services NA Ltd. | | P.O. Box 11728 Succ. Centre-Ville | C/O Lockbox 210290 | Montreal | QC | H3C 6P7 | Canada | |
| ITG Software ULC | | P.O. Box 4090 STN A | | Toronto | ON | M5W 0E9 | Canada | |
| Jeet Truck Repair & Tire Services | | 509 Brittania Crescent | | Kitchener | ON | N2R 1Y9 | Canada | |
| Jerika Inc. | | 341 Poldon Drive | | Norwich | ON | N0J 1P0 | Canada | |
| Just Deals | | 4490 Chesswood Dr. Unit 6 | | North York | ON | M3J 2B9 | Canada | |
| King Towing | | 1625 Shawson Dr | | Mississauga | ON | L4W 1T7 | Canada | |
| KWE Incorporated | | 805 Boxwood Drive | | Cambridge | ON | N3E 1A4 | Canada | |
| Maple Study Services Inc. | | 1235 Bay St., Unit 700 | | Toronto | ON | M5R 3K4 | Canada | |
| Metro Truck Group | | 475 Seaman St. | | Stoney Creek | ON | L8E 2R2 | Canada | |
| MOGA USA | | BVD Universidad 9102 | | Nuevo Laredo | TM | 88284 | Mexico | |
| MUGIL.IO | | 90 Burnhamthorpe Road West, 14th Floor | | Mississauga | ON | L5B 3C3 | Canada | |
| Oracle Canada ULC | | 100 Milverton Drive | | Mississauga | ON | L5R 4H1 | Canada | |
| Quench Canada Inc. | | P.O. Box 12225, Station A | | Toronto | ON | M5W 0K5 | Canada | |
| Ring Central INC. | | P.O. Box 12083 Station A | | Toronto | ON | M5W 0K5 | Canada | |
| RT Installation Group | | 12-255 Dundas St East Suite 324 | | Waterdown | ON | L8B 0E5 | Canada | |
| Safety-Kleen | | | | | | | | |
| Season All Lawn Care & Snow Removal Inc. | | 18 Norbert Road | | Brampton | ON | L6Y 2K1 | Canada | |
| Singh Mobile Wash & Auto Detailing | | 5 Francis Lundy St | | Brampton | ON | L6Y 4Y4 | Canada | |
| Stein Monast LLP | | 70 Dalhousie Street, Suite 300 | | Quebec | QC | G1K 4B2 | Canada | |

188750725.1

| Name | | Address | Address 2 | City | State | Zip | Country | |
|---|---|---|---|---|---|---|---|---|
| Sukhwant Transport Inc. | | 54 Powell Drive | | Brampton | ON | L6R 0L1 | Canada | |
| Tech Data Capital Canada ULC | | P.O. Box 4388 Station A | | Toronto | ON | M5W 3S1 | Canada | |
| TFI Properties | | 6600 Chemin St-Francois Suite 100 | | Saint Laurent | QC | H4S 1B7 | Canada | |
| TGI | | 905 Queenston Road | | Stoney Creek | ON | L8G 1B6 | Canada | |
| Transplus | | 44 Corporate Court | | Guelph | ON | N1G 5G5 | Canada | |
| Transportes Industriales Vita | | C. Barton # 11803 | Col. Los Nogales | Chihuahua | Chihuah | 31380 | Mexico | |
| Transportes Lar Mex Sa De Cv | | 65550 Cienega De Flores | | Cienega De Flores | N.L. | | Mexico | |
| Triton Canada Inc. | | 2235 Sheppard Ave E. Suite 1503 | | Toronto | ON | M2J 5B5 | Canada | |
| TSM Connect | | Libramiento Oscar Flores Tapia, KM 3.5 | Parque Industrial Ramos Arizpe | Ramos Arizpe | Coahuila | | Mexico | |
| TSM Division Trucking TDT970623NX1 | | Libramiento Norte 30 | Barrio De Tlacateco | Tepotzotlan | Estado D | 54605 | Mexico | |
| Turbo Images | | 1746 Alstep Drive | | Mississauga | ON | L5S 1W1 | Canada | |
| Ultimate Mobile Wash INC. | | 7591 Rockhill Road | | Mississauga | ON | L4T 2Z9 | Canada | |
| Avery Bathe | | | | | | | | |
| DAVID CRUZ | | | | | | | | |
| Gary Yanez | | | | | | | | |
| James Zaleski | | | | | | | | |
| Jorge Alberto Flores Jr | | | | | | | | |
| Juan Sanchez | | | | | | | | |
| JUAN VAZQUEZ | | | | | | | | |
| Kristine R Allender | | | | | | | | |
| Leonel Delacruz | | | | | | | | |
| Mario Alberto Cazarez Jr | | | | | | | | |
| Matias Alejandro Vasquez | | | | | | | | |
| Oscar Alfonso Garza Jr | | | | | | | | |
| Reynaldo Sanchez Jr | | | | | | | | |
| Ricardo Gaona Jr | | | | | | | | |
| Sterling Ross | | | | | | | | |

188750725.1

**Exhibit C**

**Corporate Ownership
Statement**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| LION FORCE TRANSPORT INC., *et al.*,[1] | Case No.: 26-_____ (___) |
| Debtors in a Foreign Proceeding. | (Joint Administration Pending) |

## CORPORATE OWNERSHIP STATEMENT[2]

The following corporate ownership statement is made pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure:

There is no corporation that directly or indirectly owns 10% or more of the Debtors' stock.

I declare under penalty of perjury under the laws of the United States of America that the information herein is true and correct to the best of my knowledge, information, and belief.

Executed on this ໖ຟ day of July 2026
Toronto, Ontario
Canada

**The Fuller Landau Group Inc.,**
solely in its capacity as court-appointed Receiver
and Foreign Representative for the Debtors and
not in its individual or corporate capacity

BY:  _____
Gary Abrahamson, President

---

[1]     The chapter 15 debtors in these chapter 15 cases (the "Debtors"), along with the last four digits of the Debtors' Canadian business number, are as follows: Lion Force Transport Inc. (4050); 2696942 Ontario Inc. (6942); 2854233 Ontario Inc. (4233). The Debtors' executive headquarters are located at 27 Automatic Road, Brampton Ontario, L6S 5N8.

[2]     The information set forth herein is based on the Foreign Representative's review of the Debtors' books and records. The Foreign Representative reserves the right to modify or supplement any of the information provided, effective retroactive to the Petition Date.